UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISON.

NEW CASE UNASSIGNED:
3:18-CV-280-J-25JRK

DAVID L. DICE JR.
Plaintiff THE REAL PARTY OF INTEREST

V.

JULIE JONES et al.,
Respondent The Dept of Corrections

LEGAL MAIL✓
Provided to Florida State Prison on
2-12-18 for mailing by _____

I. place of Confinement : Florida State prison

II. Exhaustion of Administrative Remedies : Plaintiff has Exhausted all administrative remedies regarding Conditions and events occurred in the prison Setting according to 42 U.S.C § 1997 e(a)

III. A. Have you initiated other law Suits in the State Courts dealing with the Same or Similar facts. involved in this action or other wise Relating to your Complaint Concerning Conditions of Confinement. [yes]

B. Have you initiated other Law Suits in the Federal Courts dealing with the Same or Similar facts involved in this action or other wise relating to your Complaint Concerning Conditions of Imprisonment There of ? [yes]

2018 FEB 23  PM 12: 38

FILED

B.
parties to previous Lawsuits :
1 plaintiff : DAVID L. DICE JR.
   DEFENDANTS: JULIE JONES et al.,

2. Court : UNITED STATES DISTRICT COURT MIDDLE DIVISON  JACKSONVILLE DIVISON.

3. Docket Number: 3:16-CV-1312-J-34JBT

4. Name of Judge : MARCIA MORALES HOWARD

5. Briefly describe the facts and basis of the law suit: Involuntary Servitude; Conditions of Confinement

6. Disposition: Dismissed With out prejudice to re-file on proper forms.

7. Approximate filing date: October 17, 2016.

8. Approximate disposition date: November 2, 2016.

C. If your answer to either A. or B. is yes describe each lawsuit in the space provided below if there is more than one law suit, Describe all additional Lawsuits on Seperate pieces of paper using the Same format as below.

1. Parties to previous law suits:
   Plaintiff: DAVID L. DICE JR.
   Defendant: JULIE JONES et al.,

2. Court: UNITED STATES MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISON.

3. Docket: 3:16-CV-01298-MMH-JBT

4. Name of Judge: Not known.

5. Briefly describe the facts and basis of the law suit: Sovereign Citizen, on going threats and physical abuse, terrorist acts. Centered around race and religion

6. Disposition: Dismissed with out prejudice with instructions.

7. Approximate Filing Date: Oct 12, 2016

8. Approximate Disposition Date: Not known

D. Have you initiated Lawsuits or appeals from law suits in Federal Courts that have been dismissed as frivolous, malicious, or for failure to State a Claim upon which relief can be granted? [No]

IV.

PARTIES: In part A. of this Section indicate your full name in the First blank and your mailing address in the Second blank do the Same for each additional plaintiff in this Complaint.

A. Name of plaintiff: THE REAL PARTY OF INTEREST DAVID L DICE JR.
Mailing Address: Florida State prison P.o. Box 800 Raiford, Fl 32083.

B. There is no other plaintiff.

In part C of this Section, indicate the full name of the First Name Defendant, also Fill in his or her Mailing address, Position, and Where he or she is employeed for any additional Defendants in this Complaint Defendants will be listed C through Z then I through 16

C Defendant: JULIE JONES
official Capacity
Mailing address:
Position: Secretary of The Department of Corrections
Employeed at:

D Defendant: JOHN PALMER
official and individual Capacity
Mailing address:
Position:
employeed at:

E Defendant: CAPTAIN LOLA
official and Individual Capacity
Mailing address: p.o. Box 800 Raiford Fl 32083.
position: CAPTAIN
Employeed at: Florida State prison

Page 3

F) Defendant: Captain John DOE
offical and individual Capacity
mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Captain
Employed at: Florida State prison

G) Defendant: L.T. Blitch
offical and individual Capacity
mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: L.T.
Employed at: Florida State prison

H) Defendant: L.T. Thompson
offical and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: L.T
Employed at: Florida State prison

I) Defendant: Sgt Grady
offical and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: property Sgt.
Employed at. F.S.P  Florida State prison

J) Defendant: Sgt Douglass
offical and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Sgt.
Employeed at: Florida State prison

K) Defendant: Sgt Lingold
offical and individual Capacity
mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Sgt
Employeed at: Florida State prison

L) Defendant: Sgt Crews
offical and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Sgt
Employeed at: Florida State prison.

M) Defendant: Sgt Gaskill
offical and individual Capacity
mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Sgt
Employeed at: Florida State prison

N) Defendant: Sgt Merritt
offical and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford Fl. 32083
position: Sgt.
Employeed at: Florida State prison

O) Defendant: Sgt Walin
offical and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Sgt
Employeed at: Florida State prison

8.) Defendant: Sgt. Tyre
official and individual Capacity
Mailing address: Florida State prison. p.o. Box 800 Raiford, Fl 32083
Position: Sgt
Employeed at: Florida State prison

9.) Defendant: Sgt Fogarty
official and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Sgt
Employeed at: Florida State prison.

10.) Defendant: Sgt Kurth
official and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
Position: Sgt
Employeed at: Florida State prison.

11.) Defendant: S. Bunting
official and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
Position: Sgt
Employeed at: Florida State prison

12.) Defendant: W. Woods
official and individual Capacity
Mailing address: Florida State prison p.o. Box Raiford, Fl 32083
position: officer
Employeed at: Florida State prison.

18) Defendant: Lavoie
official and individual Capacity
mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: officer
Employeed at: Florida State prison

19) Defendant: officer Paul
official and individual Capacity
mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: officer
Employeed at: Florida State prison

20) Defendant: Ofc Filder [phillips]
official and individual capacity
mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: officer
Employeed at: Florida State prison

21) Defendant: Ofc Chisim
official and individual Capacity
mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: officer
Employeed at: Florida State prison

22) Defendant: Ofc Kelly
official and individual Capacity
mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: officer
Employeed at: Florida State prison

22) Defendant: K. Burgin [Burgess]
official and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Nurse
Employeed at: Florida State prison

21) Defendant: Polland
Official and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Nurse
Employeed at: Florida State prison

23) Defendant: Porter
official and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Nurse
Employeed at: Florida State prison

24) Defendant: Myoungclan [myoungclad]
Official and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
Employeed at: Florida State prison

25) Defendant: Dr. Jane Doe
official and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
Employeed at: Florida State prison

8) Defendant: Booker
   offical and individual
   Mailing address: Florida State prison P.O. Box 800 Raiford, Fl 32083
   position: Nurse
   Employeed at: Florida State prison.

9) Defendant: Clarkson
   offical and individual
   Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
   position: Nurse
   Employeed at: Florida State prison

10) Defendant: Johnson
   offical and individual
   Mailing address: Florida State prison p.o. Box 800 Raiford fl 32083
   position: Nurse
   Employeed at: Florida State prison

11) Defendant: Lockwood
   offical and individual
   Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
   position: Mental Health Counselor
   Employeed at: Florida State prison

12) Defendant: JONES
   offical and individual Capacity
   Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
   prison: Mental Health Counselor
   Employeed at: Florida State prison

Defendant: Randall
10) offical and individual Capacity
Mailing address; Florida state prison p.o. Box 800 Raiford, Fl 32083
position: Classification officer
Employeed at: Florida State prison

11) Defendant: Davis
offical and individual Capacity
Mailing address: Florida State prison p.p Box 800 Raiford, Fl 32083
position: Classification officer
Employeed at: Florida State prison

12) Defendant: Gibson
offical and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford Fl. 32083
Position: Grievance Coordinator
Employeed at: Florida State prison

13) Defendant: Cooper
offical and individual Capacity
Mailing address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: Legal mail officer
Employeed at: Florida State prison

14) Defendant: M. Sanders
offical and individual Copacity
Mailing Address: Florida State prison p.o. Box 800 Raiford, Fl 32083
position: L.T
Employeed at: Florida State prison.

15) Defendant: [Sgt JOHN DOE] J. Starling
Offical and individual Capacity
Mailing address: P.o. Box 800 Raiford, Fl 32083.
Poshtion: Housing SQT.
Employeed at: F.S.P.

16. Defendant: Colonel Honour
Official and Individual Capacity

Mailing address: P.O. Box 800 Raiford Florida 32083.
Position: Colonel
Employeed at: F.S.P.

**V. STATEMENT OF CLAIM :** STATE What rights under the Constitution, laws, or treaties of The United States have been Violated, and be Specific. If you intend to allege a Number of related Claims, Set forth each Claim in Seperate paragraphs. ANY CLAIM That is not Related to the Same basic incidents or issue must be addressed In a Seperate Civil Rights Form.

<u>Refer to page 35# for Statement of Claims</u>

## JURISDICTION and VENUE

This Civil action authorized by 42 U.S.C Section 1981, 1983, 1985, 1986, 1979, 2000cc(I)(a) to redress the deprivation under Color of State law of Rights Secured by The United States Constitution.

This Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3) in this action Seeks to redress the deprivation under Color of State laws Secured by The United States Constitution.

Plaintiff Claims for relief as predicated in part upon 42 U.S.C 1983 Which authorizes action to redress the deprivation under Color of State Law, of rights, privileges and immunities Secured by the Constitution of the United States upon 42 U.S.C § 1988 ATTORNEY FEES.

Declaratory and Injunctive relief are authorized by 28 U.S.C §2201 and 2202

Venue is proper in this District pursuant to 28 U.S.C 1319(b) and 1391(C) as Defendants does business in this Judical district and divison and many of the Claims Occurred in this Judical district.

Plaintiff Seeks a preliminary And permanent injunction pursuant to Rule 65 F.R.C.P.

Plaintiff David L Dice Jr The real party of Intreast is and was and at all times mentioned here is a prisoner in the Custody of The Florida Department of Corrections.

Defendant Julie Jones is responsible for the over all operations of F.D.O.C. including the operations of Florida State prisons and for the Welfare of all inmates of these prisors.

Warden John PALMER was the warden of Florida State prison and was legally responsible for the operation of florida State prison and for the Welfare of all inmates of that prison.

Warden B. REDDISH is the Warden of Florida State prison and was legally responsible for the operation of Florida State prison and for the Welfare of all inmates of that prison.

~~[redacted]~~

~~[redacted]~~

~~[redacted]~~

~~[redacted]~~

~~[redacted]~~

## BACK GROUND FACTS TO Complaint

The plaintiff attended mental health group activity Soley to get out of Cell from being Confined 24 hours a day. AT This time he was singled out by The mental health Counselor Concerning his religious belief as a muslim.

After she learned the plaintiff's reason she explained that his Mother needed him and that the War going on in the world was not about blacks and Whites but Men vs. Women. The plaintiff inquired to what the bible and Quran had to do with his mother and her Safety.

The plaintiff tried for months by writing letters to his family to learn about the Safety of his mother after no responses the plaintiff began Questioning and researching the Counselors Motives after learning that she was apart of families, and Communities granted fishing Rights by the State of Florida the plaintiff explained that he had and have an Inalienable Right given at birth and was not a Slave, Sheep, Fish to be Sold or bought in the regular Course of business at this time the plaintiff was unaware that Staff had taken a "Great Interest" in him and had done Singled him out and,

This has been the promblem Concerning the plaintiffs on going Constitutional Violations due to his inalienable rights given at birth and those granted fishing rights.

The plaintiff was assaulted twice before he started writing grievances Concerning race and religion and has endured a great deal of threats, deprivations of meals, and lost property for the above stated and numerous incidents that are not enclosed. At All Times Mentioned in this Complaint the plaintiff is an indigent African American Male with an Inalienable Right fighting a Unlawful, Wrongful Conviction.

## <u>Supporting Facts</u>

[147) The plaintiff was transferred back to Florida State prison after being transferred by mental Health due to threats and physical abuse Concerning race and religion in the past.

[148) <u>ON may 29, 2016</u> while housed in <u>L1216</u> The plaintiff was taken to medical for a Call-out. ON the way back to the Wing the plaintiff was being escorted by his wing officer phillips [Fidler] Whom the plaintiff had requested protection from in the past due to threats and physical abuse by those associated with the klu klux klan Concerning race and religion.

[149) ofc phillips [Fidler] offered the plaintiff a Job with the Dept of Corrections if the petitioner agreed to kill nurse Singletary, after he Secured the plaintiff's release from prison.

[150) The plaintiff filed a grievance Concerning the incident and once again requested protection from ofc. phillips [Fidler]. [Grievance filed. See Grievance Log]

[151) The following week the plaintiff was written a bogus disciplinary report for Spoken threat by Sgt Gaskill, ofc phillips [Fidler] Wing Supervisor.

[152) The plaintiff requested during the disciplinary Investigation that the audio and affixed wing Cameras be reviewed and held to Support his allegations that Sgt Gaskill fabricated the report.

[153) The plaintiff was re-housed and placed on Bravo wing in Cell B1308. were the plaintiff have filed grievances Concerning Several incidents. [grievances filed July 1, 2016]

[154) The plaintiff filed a grievance on ofc fogarty and his unknown Co-worker after they Stripped Searched the plaintiff multiple times Stating homosexual Comments.

[155) The plaintiff became upset one day when they told the plaintiff "Let me See that dick" The plaintiff became up set and filed the grievance Once these officers began

making statements to the plaintiff as to their ownership of the plaintiff. [due to fishing Rights]

[156] After filing grievances concerning the Incidents with dc fegarty and his co-worker unknown officer these two officers begun making racial comments to the plaintiff and statements concerning purchasing him.

[157] On July 4, 2016 while housed in B1308 The plaintiff filed a grievance and requested that the audio and affixed using cameras be reviewed and held to support his allegations according to Ch 33-602-033 civil procedures against dc fegarty unknown co-worker, whose name has been requested by grievance form as well as verbally, but never provided.

[158] This officer on July 4, 2016 during the evening meal made racial comments while standing in front of the plaintiff's housing. This officer stated that you rather watch the country be destroyed than to accept money. [Grievance Filed]     Grievance also filed concerning obstruction of grievance procedures [1607-205-049] He further stated me and my brothers are the wrong one's to mess with and that they like to watch things burn at night in the woods while wearing white shirts.

[159] While housed in B1308 The plaintiff submitted a sick call concerning Migraine headaches, concerning delay the plaintiff filed a grievance on July 11, 2016 [Request] plaintiff had been told staff could not give him Ibuprofen in his housing unit per medical staff.

[160] On July 13, 2016 The plaintiff filed a grievance to mental health concerning mental health counselor Mr. Jones referring to the plaintiff as a dog he was casting his pearls before. He referred to the plaintiff as being dumb and how many counselors does it take to screw in a light bulb in his head.

[161] He referred to the plaintiff as being a homosexual, as being a Christian, someone who ▓▓▓▓ committed adultery and that Jesus was going to die on Friday. [Grievance filed 16-6-35266]

[162] On July 19, 2016 The plaintiff filed an informal grievance with the Colonel concerning the name of officer fegarty.

[163] On July 22, 2016 The plaintiff was being released after Completing his DC Time because he was no longer DC Status. The plaintiff was ordered by a unknown officer who goes by Big Show in this Complaint [ofc. John Doe] to Submit to a Strip Search and then to hand restraints, the plaintiff Complied.

[164] The plaintiff addressed the housing Sgt JOHN DOE [Name unknown] Concerning his post involvements with ofc JOHN DOE [Big Show] Name unknown. Sgt JOHN DOE opened the plaintiff's Cell door B1308 while the plaintiff was attempting to finish explaining his Concerns for his Safety when the Sgt JOHN DOE Struck the plaintiff on the Side of his face Shoving him back towards the bedding area, Causing Swelling to the face.

[165] Sgt JOHN DOE Slammed the Cell door Shut While Stating to the plaintiff that they were not Concerned with his grievances and now he was not going any where and began laughing.

[166] Captain Hall and an Unknown ofc Carrying a held hand audio/video Camcorder used for use of force reports according to ch 33.602.210 approached the plaintiff's housing B1308.

[167] Captain Hall Stated that the plaintiff Charged out of his Cell towards the officers Causing them to use re-actionary force. The plaintiff was pulled out of his Cell at that time he made a brief Statement that the officer had Struck him while he was Still in his Cell while he was explaining his past with ofc JOHN DOE and his request for protection. [Sgt hurth was the third officer operating the Central panel]

[168] The plaintiff requested that the affixed wing Camera's and audio be reviewed to Support his allegations that Staff fabricated their report of the events and retaliated against him for writing grievances.

[169] As part of the use of force report the plaintiff was taken to medical were he was Seen by nurse Singletary and Nurse Smith.

[170] While in the Nurse Station The plaintiff was told by Captain Hall that while he was in his office he was watching the Camera's and that the plaintiff was lieing to the Nurses.

[171] The plaintiff requested that Captain Hall pull the Video Camera Footage and replay it for the nurse's. At this time Captain Hall stated that however he said it happen, is how it happen because he is the head Cracker in Charge.

[172] The plaintiff was admitted to Self-harm Observation after declaring a mental health emergency

[173] While in Self-harm Observation Nurse K.Burgin [Burgess] Confronted the plaintiff Concerning the July 22, 2016 incident.

[174] Nurse K. Burgin [Burgess] asked the plaintiff to explain to her what happened. The plaintiff explained and stated if She Could review the Camera She would See the Officers fabricated their Statements.

[175] The July 22, 2016 Incident was never properly investigated, Nor was the officers names every provided to the plaintiff as requested by grievance form and request.

[176] On August 8, 2016 The plaintiff was rehoused after the institution decided not to issue a disciplinary report regarding the Use of force report written July 22, 2016.

[177] When the plaintiff entered wing E quarter deck he was Confronted by ofc. Fogarty who had also been re-assigned to Echo Wing, Whom the plaintiff had made a Number of requests through grievance form for protection from ofc. Fogarty on Bravo wing.

[178] While escorting the plaintiff to the Shower ofc. Fogarty began making threats to use force on the plaintiff.

[179] The plaintiff once again filed a grievance to the Colonel, Warden, Secretary's office Concerning the on going threats, disrespect, and racial Comments and the instit-ution by ofc fogarty and their failure to provide protection. [Grievance filed 205-1608-0287]

The plaintiff requested that the audio and affixed wing cameras be reviewed and held.

[180] [Exact date not known review grievance log] While housed in Echo 1105 during the plaintiffs first week Nurse K Burgin [Burgess] approached the plaintiff's housing location and stated that she now has a sword [knife] that was given to her and she would use it [gestured] in a stabbing motion if the plaintiff came after her. but if he be good "for her" he would be released.

[181] The plaintiff filed a grievance and requested protection.

[182] Shortly after the plaintiff began suffering from sleep deprivation and severe stabbing pains randomly. Ofc. W. Woods passed the plaintiff's cell one day and stated. She's stabbing the hell out of you.

[183] The following night the pains were so severe the plaintiff declared a medical emergency and was escorted to medical by ofc. Dean.

[184] While in medical Nurse name unknown inquired of his religion and referred to him as a Curse and thats why he was housed at Florida State prison and needed to come out and speak with mental health.

[185] The plaintiff on Sept 10, 2016 cut his right arm after Nurse porter and ofc paul committed terrorist acts against him using silent weapons for quiet wars.

[186] Nurse porter stopped in front of the plaintiff cell while he was listening to the radio, ofc paul pertended as if he approached the wrong cell when the plaintiff began to feel the severe pain being caused. Nurse porter looked up and began to smile.

[187] There was on incident that occurred before this that took place where the plaintiff was warned and threaten prior by Nurse porter.

[188] The plaintiff filed or filed another grievance Concerning migraine headaches after he had placed a Sick Calls into medical after being denied Ibuprofens by his housing Staff due to being told he wasnt allowed to be given any by the housing Staff. by medical. [16.6.35266]

[189] After his Second response to his request he Submitted a Second [grievance #008-205-220] On August 20, 2016. On August 30, 2016 The plaintiff was Seen by Doctor [name unknown] While having his Vital Signs taken by nurse porter in the presence of ofc Chisim nurse porter Stated to the plaintiff they would Cause him Severe pain and Seizures, to Cause his family to take Care of him if he did not let the hate go Concerning what the staff had been doing to him.

[190] The plaintiff was then escorted to See the Doctor were he was Surrounded by Nurse Myoung Clan [myoungclad] Nurse polland, Nurse Becker, ofc Chisim, ofc kelly, and unknown Staff that Committed terrorist acts against the plaintiff and demanded that he Cause cut and Speak to his mental health Counselor Ms. lockweed.

[191] While being escorted back to his housing the plaintiff began to Suffer from Sharp pains. Ofc ht. Woods Stated when the plaintiff entered the wing that if he didnt Co-operate they would Speed up the process.

[192] Due to this plaintiff requested that Ms. porter Stay away from him and refused all medication. On Sept 10, 2016 when the plaintiff was taken to medical he was Seen by Nurse Salvadore [Salvatore]

[193] When She Seen the plaintiff She Stated "Oh no you're not doing this to us" your not going on [shos] Self harm observation Status. Your going back to Echo Wing after the plaintiff had Injured himself and declared a mental health emergency.

[194] While in medical ofc paul and now Sgt Lee questioned the plaintiff regarding his religion and did he Share a Christian or Muslim faith. He was told the pain and Suffering he was feeling Concerning the terrorist acts he was experiencing he would have to endure it for now.

[195] On Sept 16, 2016 The plaintiff was taken to the Klit room by ofc Dacey while being escorted down the hall ofc paul approached the plaintiff. ofc Dacey responded dont worry i'll protect you " it wont dump in you" ofc paul and ofc Dacey Shared a laugh.

[196] While in the Law Library [Writroom] Nurse Salvadore [Salvature] approached the plaintiff and explained it was a mistake, a misunderstanding the other day when nurse porter attempted to deliver him meds, and she needed the plaintiff to sign a refusal form" for her" The plaintiff refused at this time Nurse Salvadore became agitated and hostile with the plaintiff and stated he better find "Jesus". [The plaintiff filed a grievance ] [16·6·44751]

[197] On Sept 17, 2016 The plaintiff submitted a request to Chaplain Mc Bride stating that he had been denied access to the phone and had not spoken to his parents in 2 and a half years since being housed on CM. He provided the Chaplain with both of his parents phone numbers and asked if he could not permit the plaintiff to use the phone could he contact them concerning the on going threats, terrorist acts, and needed legal help and help with getting the staff off his back, that he have filed grievances but they will not stop.

[198] On October 10, 2016 The plaintiff filed a grievance on Nurse Clarkson "constant harrassment of taking medication "for her", the plaintiff explained several times to Nurse Clarkson that he doesn't receive medication. On october 10, 2016 the plaintiff filed a grievance after they exchanged words when she asked the plaintiff to sign a refusal "for her",

[199] On October 12, 2016 The plaintiff was awaken by Sgt Crews banging on his window Cell housing E1105. Sgt Crews threaten the plaintiff with physical abuse for filing a grievance on Nurse Clarkson. Sgt Crews stated that Nurse Clarkson informed him the plaintiff was trying to make trouble for her.

[200] Sgt Crews stated they would use the harrps to pull strings to create a situation to stop the plaintiff from writing grievances. He later approached an inmate housed in E1106 and asked the inmate for a knife and stated he needed it for a child molester. The inmate stated he did not have one at the time but would find something. The inmate asked him is it for "Dice" The plaintiff he asked why are you straight with him? [Grievance Filed]

[201]  On october 13, 2016 while housed in E1105 between the hours of 7:30pm and 8:30 pm the plaintiff was Contranted by several staff members and was ordered to strip and Submit to hand Cuffs Concerning an Order by warden palmer to have him pulled out ~~this~~ due to a Court order Concerning a Complaint he filed against Staff.

[202]  The plaintiff refused to be pulled out with out the hand held audio/Video Camera recording him being escorted. Sgt Walin the plaintiff's past housing Sgt approached the plaintiff and stated it wasn't going to be any funny Stuff or no jumping on him they had to make Sure he was seen by medical due to his allegations of Staff abuse.

[203]  Ofc Deun stripped search the plaintiff and observed the restraints being placed on the plaintiff while in Cell E1105 by Sgt Walin. Sgt Walin then escorted the plaintiff to medical were he was Surrounded by Security and medical personnel Staff "ALL WHITE STAFF MEMBERS" at this time The Captain JOHN DOE referred to in this Complaint stated to plaintiff that he wasn't going to lie to the plaintiff but he would surely lie on him pulled out a Copy of the plaintiff's Complaint and began reading it.

[204]  He stated they were going to injure the plaintiff if not possiablly kill him and afterwards would dispose of his Complaint. The plaintiff was then taken to the Nurse's triage Station and was seen by the Nurse with Sgt Walin.

[205]  A mental Health Counselor Name Unknown asked the plaintiff to sign a mental health Consent form. He stated if the plaintiff did not sign the mental health Consent form for treatment they would have to admit him to [Shos] Self-harm Observation status. The plaintiff refused. [Gruvance hled to the Secretary's office]

[206]
[#] The petitioner filed a grievance to the Secretarys office Concerning the matter.

[207]
[#] The petitioner filed a Civil Complaint with Bradford County that was denied without prejudice, as a Habeus Corpus.

[208] [#] The plaintiff [petitioner] was transferred to Out side Court. upon the plaintiff's return he was assigned to B1129.

[209] [#] While housed in B1129 The plaintiff had another altercation with Sgt fogarty, The plaintiff filed a grievance.

[210] [#] When the plaintiff DC. Time was up he was re-housed to Delta Wing Cell D1114, but before his dc Time was up he had filed a grievance Concerning being with out his personal property for [30days] thus dening him access to the Courts to respond to his appeal.

[211] [#] While in D1114 the Plaintiff filed another grievance concerning Sgt fogarty being re-housed as well from Bravo wing to the plaintiff's Current housing on May 19, 2017. The plaintiff Called the affixed wing Cameras to be reviewed and held according to Ch 33.602.033.

[212] [#] While housed on Delta-Wing the plaintiff had an alter-Cation with Sgt merritt Concerning his property delivered on May 24, 2017 by ofc Johnson.

[213] [#] The petitioner [plaintiff] was threaten Concerning the filing of a grievance and the incident that lead to his Confinement upon his return from out side Court.

[214] [#] The plaintiff filed a grievance and requested that the affixed wing Camera's be reviewed and held according to 602.033 and that the officers name be provided.

[215] [#] Upon being re-housed to L-Wing due to filing a grievance Concerning the staff on delta Wing Sgt A.merritt and Ofc Johnson during the Strip Searching of the plaintiff Shared in a laugh when Sgt Merritt Stated to the plaintiff that the plaintiff would be "Sucking his dick"

[216] The plaintiff once again Submitted a grievance and notified the administration that Sgt merritt and ofc Johnson was the Names of the two officers he had Complained on in his prior grievances.

[217] The petitioner [plaintiff] had injured his Self again to get away from staff. When Seen by Nurse Johnson She encouraged the plaintiff to Cut deeper if he Wanted them to take him Serious.

[218] The petitioner Cut deeper untill he pricked his artery in his right Wrist, and Continued to Cut for Several days.

[219] Nurse Johnson Spoke with the petitioner while he was in the Self-harm housing in medical.

[220] Nurse Johnson returned the Next day and Stated to the plaintiff that She is a mother for the Good Side and that She Would take Care of it "for him". The plaintiff told her not to Worry her self with doing nothing for him and to just leave him alone.

[221] The plaintiff Cut him self again and explained to the Captain and Several officers his Concern for his Safety and requested protection from Staff.

[222] ofc Marshall Confiscated the metal used to injure him self with and escorted him to the Nurse triage Station were his wounds were Cleaned and bandaged by Nurse k. Burgin [Burgess]

[223] On July 24, 2017 The petitioner was housed in K1114 when he filed a grievance on Sgt Tyre at an institutional level, requesting protection from him due to disrespects and Threats. The petitioner Called the Audio and Affixed wing Cameras to Support his allegations.

[224] The grievance was never processed, recorded nor responded to at an institutional level according to Ch 33-103.005. However Sgt Tyre Confronted the plaintiff regarding the grievance Submitted to the Colonel.

[225] Sgt Tyre Confronted the plaintiff Concerning the grievance he filed stating the plaintiff needed to let it go.

[226] On August 10, 2017 Sgt Tyre and ofc lavoie pulled the plaintiff out of his assigned housing [K1114] for Visitation. Sgt Tyre escorted the plaintiff to the Visiting area While ofc lavoie remained behind Conducting a Cell Search of the plaintiff's housing.

[227] Sgt Tyre attempted to make small talk with the plaintiff while taking him to the Visiting park. Sgt Tyre stated that he knew the plaintiff mother and he knew the plaintiff was raised right.

[228] He further stated that the plaintiff's mother will always have the plaintiff's back. The plaintiff advised Sgt Tyre That he was raised by his father and was taught to respect everybody and demand the same no matter of race or gender.

[229] The plaintiff advised his family Concerning the matter of staff harrassment Concerning race and religion and the on going denial of activating his pin number to use the phone.

[230] When the plaintiff returned from Visitation and was Secured in his assigned housing Location [K1114] he discovered once he opened his foot locker that his belongings was left in disarray.

[231] Along with his legal papers and other personal property thrown and Scattered around up under his bunk out of plain view.

[232] Ofc. Lavoie was still standing cell front he notified the plaintiff that he doesn't play games and that his locker was tossed for writing the grievance on Sgt Tyre.

[233] Sgt Tyre returned 10 minutes later with L.T Thompson and demanded that the plaintiff Submit to hand restraints for the removal of all of his personal and State property.

[234] Sgt Tyre stated that the plaintiff had his window Covered with his State blue Shirt and when he ordered the plaintiff to take it down he noticed the plaintiff housing was not in Compliance. He stated he ordered the plaintiff to get his Cell in Compliance and the plaintiff refused.

[235] The plaintiff attempted to explain to L.T Thompson that the Story was fabricated and he had just returned from Viso and to Check the housing Log and affixed wing Camera's he had not been in the Cell 10 minutes and 7 of those minutes ofClavoie was Cell front.

[ ] L.T Thompson Called for the Camera according to Ch 33·602·210 at that time the plaintiff made
[236] a brief statement and requested that the audio and affixed wing Camera's be reviewed that
the housing Sgt fabricated the Story and audio would support his allegations of Lavoie
Stating he does not play no games and why his Cell was left in disarray.

[ ] The petitioner was left in his assigned Cell with no mat, blanket, tissue, No property but
[237] the men brief boxers that he was wearing.

[ ] At 10:45 pm on August 10, 2017 The plaintiff's personal property along with another inmates
[238] property was discovered inside the trash can by inmate orderlies and returned by housing
Sgt and officer.

[ ] The plaintiff filed a informal grievance Concerning the matter and requested that affixed
[239] wing Cameras be reviewed and held according to Ch 33·602·033 against L.T. Thompson,
Sgt Tyre and ofc Lavoie. That was never processed, recorded, or responded to. [Grievance filed 17-6-35065]

[290] [ ] The petitioner was re-housed to Charlie wing 1125 Concerning the Aug 10, 2017 incident.

[291] [ ] Once the petitioner [plaintiff] Completed his D.C. time he was rehoused on Living 1216.
when the plaintiff was Secured in his housing location the Security Staff was unable to
remove the hand restraints from off the petitioners wrist.

[ ] At that time the plaintiff was taken out of his Current housing Location L1216 and
[292] placed in the Shower by Sgt. Douglass.

[ ] Sgt Douglass informed the plaintiff he had heard all about him and he should write the
[293] plaintiff a Disciplinary report for tampering with a Security device and send him back
to Charlie wing.

[ ] The plaintiff ignored the Comments at first, However Sgt Douglass made Several Comments
[294] that lead to him and the plaintiff to exchange Words, after Douglass Commented
on privileged Classified information, regarding the plaintiff and Stated that the plaintiff
was trying to get a Law suit.

[245] [   ] At the Serving of the lunch meal the plaintiff explained that he was on a Kosher Diet, Sgt Douglass Stated that the plaintiff was to recieve a regular diet meal. The plaintiff insisted that he be given a Kosher meal for he was assigned to a Kosher Diet.

[246] [   ] Sgt Douglas then threaten the plaintiff that if he found out that the plaintiff was not a kosher diet he would be recieving more than a disciplinary report.

[247] [   ] Later that evening at the changing of shift ofc. Sean Bunting approached the plaintiff housing location L1216. He asked the plaintiff why was he being housed on the Wing. Ofc. Bunting Then Stated never mind "Shut your dumb ass the fuck up."

[248] [   ] The plaintiff filed an informal grievance Concerning the matter at an institutional Level that was never processed, recorded, nor responded to.regarding the Sept 18, 2017 incident. [Grievance 17.6.38659]

[249] On Sept 29, 2017 due to phscoiogical terrorists, State agents, the plaintiff Suffered from head trauma, and a Seizure.

[250] [   ] The plaintiff requested medical attention from the Wing Staff but was denied any assistance while staff Stood outside of the plaintiff housing L1216 Laughing and taunting him.

[251] [   ] On Sept 30, 2017 at the Serving of the breakfast meal the plaintiff held the Security flap untill Chemical agents Were applied Soley to Create a documentation on the hand held audio/video Camcorder for use of force reports according to Ch 33.602.210 that his grievances are not being processed, recorded, Nor responded to Concerning protection from Staff.

[251] [   ] During the use of force Captain Lola Stated that they were going to do more than use Chemical agents and Jump on the plaintiff.

[252] [   ] Captain Lola referred to what the plaintiff was doing was Some Colin Kaepernick Shit. Captain Lola and Sgt Lingald both outwardly admitted to Committing the terrorist act of head trauma, Seizure the night before and intended to do more. [Grievance Filed 17.6.40357]

[252] On Oct 2, 2017 The plaintiff was told by Sgt Douglass to pack his property because he was being rehoused to Bravo or Charlie wing due to his pending Disciplinary Reports.

[254] [253] The plaintiff Complied once Sgt Douglass returned he called the plaintiff a " Dumb ass "

[255] [254] The plaintiff was told by ofc Covey to unpack his property and place it back into his footlocker because he was not going anywhere and that he would go get the plaintiff a bed roll to make his bed. The plaintiff refused the bedroll due to being denied Linen for 3days by Staff when he was not istrip. At this time the plaintiff refused to do so and Stated he was not playing their games.

[256] [255] L.T. Blitch and L.Thompson was called and ordered the plaintiff to Submit to a Strip Search and to hand restraints for the removal of all State property and his personal property.

[257] [256] Plaintiff was escorted to the Shower, Upon existing the Shower the plaintiff requested the hand held audio/video Camcorder for use of force reports Ch33.602.210.

[258] [257] At this time the plaintiff once again Stated that his grievances was not being processed, recorded, nor responded to at an institutional level. and protection from Stuff was being denied.

[259] [258] The plaintiff requested protection from Stuff and intentionally tripped Sgt Douglass Causing Stuff to use re-actionary force Soley to insure the audio/Video Camcorder for use of force reports were recording.

[260] [259] After being Seen by medical Stuff at Cell Front L.T. Blitch Stated to the petitioner that he does not have the right to request protection from Staff Concerning threats, abuse, nor terrorist acts Committed against him as state property.

[261] [260] L.T. Blitch Stated that the plaintiff Could only request protection from inmates even though the plaintiff has an Inalienable Right guaranteed by The United States Constitution

Page 27

[☐] L.T. Blith Continued further that the plaintiff was just paranoid and nobody is out to get him. They
[262] want to work with the plaintiff, help him with his work but all he has to do is <u>be good</u>.

[263] [☐] Plaintiff filed a grievance that hasn't been processed, recorded, nor responded to.

[264] [☐] <u>ON oct 19, 2017</u> After requesting protection from Sgt Douglass Verbally and by grievance form he was re-
assigned to Charlie wing.

[☐] <u>ON January 16, 2018</u> The plaintiff filed a grievance Concerning Sgt merritt threats, and harrassment of
[265] the plaintiff. The plaintiff was told by Sgt merritt that Since he did not want to Speak to him Concerning
whether "He was good" dont see him at dinner when your missing Something out of your kosher
bag.

[266] [☐] At Dinner the plaintiff beans had been dumped out into the bag and the fruit had been taken out.
            [Grievance filed to the Secretary's office]
[267] The plaintiff filed a grievance Concerning notary Services. <u>On January 18, 2018</u> The plaintiff
[☐] attempted to Comply with a Court order issued by Bradford County Concerning relief from
Abuse, threats, and terrorist acts by the Staff at Florida State prison. [grievance filed but not responded to]

[268] Ofc. Cooper looked at the addressed envelope and began questioning the plaintiff whether he was
[☐] "Right" or "Good" the plaintiff asked Ofc. Cooper why must they play games and Could he
Just notarize the paper as the Court has requested.

[269] [☐] Ofc. Cooper Stated that he did not have to take the legal document for mailing if he did not
want to and did not have to Notarize the paper if he did not want to, and handed it back.

[☐] Due to the plaintiff having this promblem before and the institutions failure to process, record,
[270] or respond to grievances at an institutional level he also Submitted a grievance to the
Secretary's office. Who has also become Selective with what grievances they respond to, or
return to the plaintiff. Plaintiff by passed the institutional level due to an attempt to Comply with
                the Court order.
The plaintiff has been denied notary Services twice by Ofc. Cooper. thereCausing the habeas Corpus
Challenging the Conditions of Confinement to be delayed by his interference, there dismissed!

[271] The plaintiff have a number of grievances Concerning phone privileges and not being able to access the phone due to an invalid pin number.

[272] The institution failed to Correct the promblem but by grievance response, responded as if the matter had been taken care of.

[273] The plaintiff filed a grievance to his Classification officer Randall regarding his pin Number being invalid for Nearly four years.

[274] Ms. Randall Stated in the grievance response that the plaintiff pin Number had been Changed from 19044857240 to 19044850581 and that was the promblem and that she had Corrected the promblem.

[275] The plaintiff Submitted a request, requesting to have the opportunity to Check, Verify that the pin number was now working before the following Month phone privilege was allowed.

[276] She responded that the pin Number was working and that She was Certain of it.

[277] When the following Month Came to use the phone. The plaintiff dialed both pin Numbers that was given to him, they both remained invalid.

[278] The plaintiff Submitted a request to Chaplain Mc.Bride Concerning threats being made by staff to Lynch and hang him, Sodomize him, or kill him with a head Shot from a fire arm upon his release from prison.

[279] He Stated that he also had not Spoken with his family Since he was on CM which at the time had been three (3) years due to an invalid pin Number.

[280] The Chaplain Never provided a phone Call, Nor Contacting or Contacted the plaintiff's family Concerning the threats, or physical abuse, or terrorist acts that he had Complained Of. but he filed a incident report and notified mental health Concerning the Matter.

[281] When the plaintiff returned from outside Court and was permitted to use the phone, his original pin # 19044857340 # Was accepted the Very Same number that Ms. Randall Claimed had been Changed.

[282] The plaintiff attempted to Submit a New phone list. Classification officer Davis advised the plaintiff that if he Submitted a New phone list his mother's number which was approved and active would be taken off and the plaintiff would be required to Submit her phone bill again.

[283] Plaintiff had also advised Classification that his phone was working the month prior but was again Stating that the pin was invalid again.

[284] The plaintiff was told the problem was Voice activation and he needed to Submit a request to property to have this done.

[285] The plaintiff filed a number of request that was never processed, recorded, or responded to addressed to property Sgt Grady. Concerning the phone, personal property purchased, and his property Stored.

[286] The plaintiff advised his family during Visitation on August 10, 2017 that his Classification officer Ms. Randall had lied Concerning the Phone and Was Playing games. The plaintiff's Mother Stated that She knew of that because Ms. Randall had been denying her access to Visitation because She did not want to Work With the plaintiff's Mothers

[287] The plaintiff family Spoke with Staff Concerning the phone. The plaintiff Checked his Phone When he was allowed in December the PIN Number was Working, however the plaintiff's phone list did not have any Approved Numbee no longer listed on his his Approved phone list, Still denying the plaintiff access to the phone.

[288] The plaintiff has also filed multiple grievances and request Concerning headphones purchased off of the Canteen to Canteen Operator Tsg. Ms. Rhyenhardt Concerning the purchased made on July 25, 2017 at 13:50 reciept # 90885345

[289] The plaintiff also filed request and grievances to property Concerning the matter of the purchased head Phones but no response has ever been given Concerning the Matter.

[291] The plaintiff has filed grievances Concerning having his mental health phsc grade lowered to a 31 due to he doesn't take medication haven't been in the Shos Cell in Over a Year and Mainly to have Mental Health Counselor Lockwood to Stop Showing up at his Cell front every month with a treatment plan they have never discussed.

[292] The plaintiff Spoke with Ms. Lockwood after the Use of force took place in July of 2016. The plaintiff has only Spoken to her One time and has never Signed a Consent form for mental health treatment with her.

[293] Ms. Lockwood has Stated to the plaintiff that he's still alive because of a _Good Cause_, while also implying for a Womens Cause.

[294] Ms. Lockwood has participated and encouraged the on going harrassment, threats, and terorist acts Committed against the plaintiff. [grievance filed 1709-305-149]

[295] The plaintiff informal grievance was approved, however the following month and there of Ms. Lockwood appears to the plaintiffs door in an attempt to discuss the treatment plan and other Mental health questions that the plaintiff has not agreed to by giving his Consent. [Grievance Filed 17-6-38709]

[296] Plaintiff has an Inalienable right given at Birth to withdraw his Consent from any matter he So chooses to. The plaintiff's Collateral DAVID L. DICE JR by Contract is registered with the Secretary of The State of Florida through his UCC1.308 financing Statement.

[297] The plaintiff has a right to a remedy of relief under the Universal Laws of Commerce UCC 1.201 (34)

[298] The plaintiff The real party of Interest is being irreparablly injured by the Defendants. to deter the plaintiff from pursuing his natural rights. for tax purposes that he did not Create a debt which they are attempting to Collect from.

[299] Each staff member attempted to engage the plaintiff into a Conversation to decietfully entangle him into a ploy to later mistreat him, abuse him, or deny him a right guaranteed by The United States Constitution.

[300] On Jan 30, 2018 after filing grievances and requesting protection from Sgt Tyre for the third time on the hand held/audio, video Camcorder used to Conduct use of force reports Ch 33.602.210 During the unlawful "Strip" taking of the plaintiff's property, mats, All State and personal property the plaintiff requested protection on August 10, 2017.

[301] Sgt Tyre was re-assigned to the plaintiff's Current housing location on Jan 30, 2018 between the hours of 5:45 pm and 6:00 pm Sgt Tyre approached the plaintiff housing demanding that the plaintiff pull out his health and Comfort items and placed them at the foot of his bed. Sgt Tyre began banging on the plaintiff's Cell window [E1106] he then open the Security flap and throwed a balled up piece of paper at the plaintiff who was writing this Complaint Sitting on his Cell floor, he then threatened to retaliate against the plaintiff in the future.

[302] Plaintiff Submitted a formal grievance to the Warden and to the Secretary's office requesting that the affixed wing Cameras be reviewed and held according to Ch 33.602.033 Civil procedures to Confirm his allegations against Staff and he once again requested protection from Staff.

[303] On Faburary 6, 2018 between the hours of 9:45 Am and 10:50 Am L.T. Sanders approached the plaintiff's housing [E1106] and began making statements regarding the plaintiff being a "boy" belonging to the Warden and if the plaintiff has a promblem with him "L.T. Sanders "it will never Stop.

[304] L.T. Sanders Stated that if the plaintiff did not remove his health and Comfort items from his locker and place them at the foot of his bed that he was going on "Strip" property restriction.

[305] The plaintiff addressed L.T. Sanders about his DC. Stored property that he hadn't received after filing request and grievance's for over 90 days, and a pair of koss headphones he purchased July 25, 2017. that had not been delivered.

[306] L.T Sanders Stated that they were not Concerned with the plaintiff's grievances or his property and was only Concerned with what the State provides Security to issue to him as an inmate.

[307] L.T. Sanders Stated he was not playing with the plaintiff and that the Order had been given from the Warden to place the plaintiff on property restriction even though his Cell was in Compliance if he failed to produce his health and Comfort items.

[308] L.T. Sanders and ofc palmer ordered the plaintiff to pack up all of his property and to Submit to hand restraints. At this time Ofc palmer and the plaintiff exchanged words Causing the plaintiff to throw the water he was drinking from out the flap at Ofc palmer

[309] During the post use of force the plaintiff was injured on his left wrist and fore arm leaving a 2inch Cut across his wrist and 3 ½ inch cut down his forearm.

[310] The use of force Camera was Called according to Ch 33.602.210 to the plaintiff's Cell front E1106 where the plaintiff displayed his wombs for the Camera Showing the Continual flow of blood down his arm.

[311] The plaintiff was taken out of his Cell by Sgt lee and placed in the Shower while Sgt.lee removed the plaintiff's State property and personal property from his housing location.

[312] The plaintiff was taken to medical by an unknown officer and his housing Sgt Merritt Whom he had made a number of request to Staff for protection from by grievance form.

[313] Sgt Merritt made Comments to the plaintiff as being a bitch, pussy boy, homosexual, and threats of assaulting him and depriving him of meals for a very long time while escorting him to medical.

[314] The plaintiff was Seen by medical at this time his Wombs were Cleaned and bandaged. The plaintiff was advised that he was going back to echo dorm, the plaintiff declared a mental health emergency.

[315] Sgt Merritt, Ofc kelly, and unknown officer Stated to the Nurses that the plaintiff did not have a Medical or Mental health emergency and that he was a Security issue and that mental health would see him on Echo Wing.

[316] While been escorted to Echo Wing the officers were notified to take the plaintiff to Charlie Wing. Once in Charlie wing Sgt merritt instructed Sgt J. Starling and Ofc Dean that the plaintiff was on property restriction, was not to be given anything including toilet paper because he's a lil fuck boy throwing Shit on an officer. After Securing the plaintiff in his Cell he instructed [Sgt merritt] instructed Sgt J. Starling not to feed the plaintiff.

[317] At The Serving of lunch Sgt J. Starling instructed the inmate Orderly not to place a tray in the plaintiff's flap because he would not be eating today.

[318] For 72 hrs the plaintiff was left in Conditions with temptures below 40° degrees wearing nothing but a pair of mens boxers, No toilet paper, tooth brush, Soap and for 7 days Served (18) meals out of 21 Frezzer frozen all due to the unlawful property restriction initiated by Sgt merritt, L.T. Sanders,

[319] MS. Gibson is responsible for the processing and recording of grievances. (obstruction of grievance procedures)

## EXHAUSTION OF LEGAL REMEDIES

plaintiff has used the inmate grievance procedures to try and Solve the promblem Concerning the on going undue harrassment for Three years. The plaintiff has presented the facts relating to his Complaint but is limited to grievance responses to his Claims due to Obstruction of the grievance procedures, also due to other protective measures by filing Complaints and forwarding the grievances responses attached to the United States department of Justice, Clerk of Courts of Union County, Bradford County. The Exhaustion of legal rights and remedies have been exhausted Concerning the facts as stated in this Complaint ranging from October 24, 2015 through January 30, 2018

## STATEMENT OF LEGAL CLAIMS
### FLORIDA STATE PRISON

The Defendants have Violated The plaintiff's Fifth Amendment Right under The United States Constitution by using his private property for public use, without Just Compensation.

The plaintiff has been humilated and has become extremely paranoid after multiple incidents Caused by The Florida Department of Corrections Security, Mental health, Medical, Families and Communities Granted Fishing Rights by The State of Florida that has been Utilized to deter the plaintiff from Seeking or pursuing his Inalienable Rights given at birth to be free from Involuntary Servitude, Slavery, or The Slave Trade. These Defendants Conspired to decietfully deprive the plaintiff rights guaranteed him by The United States Constitution and Customary International Laws as Set forth by THE CHARTER OF THE UNITED NATIONS The plaintiff is an Indigent African American male.

The plaintiff's Collakral DAVID L. DICE JR is under Contract with The Secretary OF STATE OF FLORIDA, for he is Agent for the Collakral and his Claim is Superior over the Collakral as Claimed on his UCC-1 Financing Statement and is entitled to a remedy of relief under UCC-1 201 (34)

At All Times mentioned in this Complaint All Defendants acted under the Color of State Law.

## STATEMENT OF LEGAL CLAIMS

### Florida STATE PRISON

The plaintiff realleges and incorporates paragraphs by reference [147-152] That Defendants Sgt Gaskill and Ofc. Phillips [Filder] Violated the plaintiff's FIRST Amendment RIGHT under the United States Constitution to petition the government for a redress of grievance and FDOC policy Ch 33. 208. 002 (1)(6)(8)(12) by retaliating against him by writing him Fabricated DR to remove him off of the Wing after he requested protection from ofc. Filder. [phillips]

The plaintiff realleges and incorporates paragraphs by reference [153-159] Defendants Sgt Fogarty Joined in a Campaign of Harrassment Concerning race and religion to deprive the plaintiff of Equal protection of the Law with his Co-worker in Violations of The plaintiff's EIGHTH AMENDMENT RIGHT TO BE FREE From Cruel and unusal punishment and Not to be treated poorly or discriminated upon because of one's religion under the Fourteenth Amendment or because of Race. Defendants also Violated F.D.o.C. policy Ch 33. 208. 002 (8)

The plaintiff realleges and incorporates paragraphs by reference [160-161] Defendant Jones Comments Concerning the plaintiff and his religious belief Violated The plaintiff First Amendment and Fourteenth Amendment Right under the United States Constitution and RLUIPA. F.D.o.C policy Ch. 33. 208. 002 (8)

The plaintiff realleges and incorporates paragraphs by reference [163-171] Defendant Sgt John Doe by reaching inside of the plaintiff's Cell and Striking him When he was Violating any prison rules was excessive Wanton force Constituting a Violation of The plaintiff's Eighth Amendment Right of The United States Constitution and FDoc policy Ch33. 208. 002 (1)(6)(8)(12)

Defendant Sgt JOHN DOE Statement Concerning that they Weren't Concerned with the plaintiff's request for protection or grievances after Striking the plaintiff in retaliation for Writing grievances Violated the plaintiff's Eighth Amendment Right to be free from Cruel and unusal punishment and First Amendment under the United States Constitution to petition the government for a redress of grievance and F. DOC policy Ch 33. 103. 005. Ch 33. 103. 006 , Chapter 33 208. 002 (8)

ofc. John DOE by witnessing Sgt John DOE illegal action and not correcting it violated the plaintiff's First Amendmend right to petition the government for redress and Eighth Amendment to be free from cruel and unusal punishment. under the United States Constitution and FDOCY policy 33.208.002 (1)(6)(8)(1a)

The plaintiff realleges and incorporates by reference para graphs [163-175] Defendents Warden John PALMER, Captain HALL, Sgt kurth, Sgt John DOE, OFC John DOE, by Joining together in a Campaign of Harrassment by Conspiring to Cover up the actions illegally done by Sgt Jottal DOE and also not providing but Conceding the Identity of these officers Violated the Plaintiff First Amendment Right to petition the government for a redress of greivance, and Eighth Amendment of The United States Constitution to be free from Cruel and unusal punishment, also F.DOC policy Ch33.103.005  Ch33.103.006 .  Ch33.208.002.(1)(6)(8)(1a) against Indigent African American male.

The plaintiff realleges and incorporates by reference paragraphs [159-196] That Defendants Nurse K. Burqin [Burgess] Nurse porter, Nurse polland, Nurse myounqcian [myounqclad], Nurse Salvatore [Salvadore], Nurse Booker, ofc Chisim, ofc kelly, ofc Wood, OFC paul, OFC Foqarty, Joined in a Campaign of Harrassment with deliberate indifference to deprive him Ibuprofen given in his housing unit by Staff [Security] Soley to Conspire with medical staff in a deceitful ploy to Commit terrorist acts to Cause him Wanton [pain and suffering] Violated the plaintiff's rights under the Eighth Amendment of The United States Conshtution.

The plaintiff realleges and incorporates by reference paragraphs [185-196] Defendant Salavatore Conspired and Joined in the Campaign of Harrassment and denied the plaintiff proper medical attention on sep10, 2016. On Sept 16, 2016 She became hostile and stated the plaintiff better find Jesus ~~unusuating~~ Violating the plaintiff First Amendment Right under the United States Conshtution  Free Exercise, Clause, Establishment Clause, RLUPIA. and Fourteenth Amendment equal protection of The United States Constitution.

[331] The plaintiff realleges and incorporates by reference paragraphs [163-171] That Defendants Captain Hall, Sgt JOHN DOE, Sgt KURTH, and dc. JOHN DOE by witnessing this Sgt JOHN DOE illegal action and by not correcting it caused the plaintiff physical injury, violated the plaintiff right under the United State Constitution Eighth Amendment and FDOC policy Ch 33. 208. 002(1)(6)(8)(12)

[332] The plaintiff realleges and incorporates by reference paragraphs [159-196] That Defendants K. Burgin [Burgess] Fogarty, Porter, Woods, Booker, dc paul, Nurse Salvadore [Salvatore], Polland, Myoungcian [myoungclan], dc Chisim, dc kelly Joined in a Company of Harrassment by depriving him Ibuprofens by the Wing Staff on his housing Unit and by doing such conspired in a ploy to commit terrorist acts that caused the plaintiff pain and Undue Suffering with deliberate indifference with intensions to cause harm concerning race, religion, Gender, and fishing right violated the plaintiff's rights under the Eighth Amendment of The United States Constitution and Religion, FDOC policy Ch 33. 208.002(8)

[333] The plaintiff realleges and incorporates by reference paragraphs [185-196] That Defendant Salvadore [Salvatore] deprived the plaintiff of proper medical care based on race, religion, gender and by doing such caused the plaintiff pain and Suffering, mental anguish in violation of his Eighth and Fourteenth Amendment Guaranteed him by the United States Constitution.

[334] The plaintiff [illegible] incorporates by reference paragraphs [198-200] and realleges retaliation claim against Nurse Clarkson and Defendant Sgt. Crew. That Defendant Sgt Crews threat to harm the plaintiff in the future if he did not fall back on writing grievances violated his First Amendment right Guaranteed him by the Constitution of The United States and FDOC policy Ch 33.103.005 Ch 33.103.006   Ch 33. 208.002(1)(8)

[335] The plaintiff realleges and incorporates by reference paragraphs [201-207] That Captain JOHN DOE and Sgt Walin Joined in a Campaign of harrassment to cause the plaintiff undue harm based on race and religion. The Captain JOHN DOE threat of killing the plaintiff and his willingness to lie on the plaintiff violated the plaintiff rights of equal protection of the law under the United States Constitution Fourteenth Amendment and FDOC policy Ch 33. 208. 002(1)

[336] Defendant Captain JOHN DOE threat to harm or kill the plaintiff for Submitting a Complaint to the Courts Concerning threats, physical abuse, terrorist acts Concerning race and religion by those granted fishing Rights by the State employeed at F.S.P., the Captain implied threat to kill or harm the plaintiff for Such Violated The plaintiff's First Amendment Right under the United States Constitution to petition the government for a redress of grievance and F.Doc policy Ch 33.103.005  Ch 33.103.006. Ch 33.208.002.(1)(8)

[337] The plaintiff realleges and incorporates by refrences paragraphs [204-216] That Defendant Sgt Merrit threat Concerning the plaintiff filing grievances and then later disrespect ful Comment that the plaintiff would be Sucking his dick Violated the plaintiff right to petition the government for a redress and his Eighth Amendment right to be free from Cruel and unusal punishment and FDoc policy Ch 33.103.005 Ch 33.103.006 and Ch 33.208.002.(8)

[338] The plaintiff realleges and incorporates by refrence paragraphs [223-239] That Defendant Sgt Tyre and ofc Lavoie retaliated against him for filing grievances requesting protection from Sgt Tyre 2weeks prior by trashing the plaintiff's Cell then placing him on an unlawful 72hr property restriction Violated the plaintiff First Amendment to petition the government for a redress under the united States Constitution and to be free from Cruel and unusal punishment under The Eighth Amendment of The United States Constitution. FDoc policy Ch 33.103.005 Ch 33.103.006   Ch 33.208.002(1)(8)(12)

[339] The Defendants L.T. Thompson, Lavoie, Sgt Tyre by throwing the plaintiff personal property in the trash Can Violated the plaintiff's right to be free from Cruel and unusal punish ment under The Eighth Amendment of The united States Constitution and F.DOC policy Ch 33.208.002(8)

[340] The plaintiff realleges and incorporates by refrence para graphs [241-264] Defendants Captain Lola, L.T. Blitch, Sgt Douglass, Sgt Lingold, ofc Bunting, Joined in a Campaign of harrassment to deprive the plaintiff of equal protection of the law in Violation of The plaintiff's Fourteenth Amendment Right under the United States Constitution.

[341] Defendant's Sgt Lingold and ofc. Bunting Violated the plaintiff's rights under the Eighth Amendment to be free from Cruel and unusal punishment when they denied him medical care after having a Seizure. [Eighth Amendment of The united States Constitution]

[342] Defendants Captain Lola and Sgt Lingold admission to participating in Causing the defendant head trauma then Seizure and referred to doing even more because the plaintiff behavior was some Colin Kaepernick shit Violated the plaintiff's right to be free from Cruel and unusal punishment under the United States Constitution Eighth Amendment. and FDoc policy Ch 33. 208.022(1)(8)

The Defendants L.T. Blitch, Sgt Douglass, Violated the plaintiff's right's when they placed him on the unlawful 72hrs property restriction denying him of basic human needs in Violation of The Eighth Amendment of The united States Constitution. and FDoc policy Ch 33.208.002 (6)(8)(12)

Defendant Blitch Violated the plaintiff's first Amendment Right under the united States Constitution to petition the Courts for a redress of grievance when he Stated the plaintiff Could not request protection from Staff also Violated FDoc policy Ch 33.103.005 Ch 33.103.006.   Ch 33.208.002(1)

Plaintiff realleges and incorporates by refrence paragraphs [265-266] Defendant Sgt Merritt probing into whether the plaintiff was "good" and his threat to take away the plaintiff food at dinner and at dinner did Such Violated the plaintiff right to free Speech under The First Amendment of The united States Constitution and his right to be free from Cruel and unusal punish ment Guaranteed by The Eighth Amendment of The united States Constitution and F.D.O.C. policy Ch 33.208.002(8)

Plaintiff realleges and incorporates by refrence paragraphs [267-270] Defendant ofc Cooper denial to provide notary Service's by placing him on his list denied him access to the Courts under The first Amend ment of The united States Constitution and Due process under the fifth and fourteenth Amendment of The united States Constitution.

The plaintiff re alleges and incorporates by refrences paragraphs [288-290] Defendants Sgt Grady and Keefer Operator MS.Rhyenhord. Joined in the Campaign of harrassment and Conspired to deprive the plaintiff of purchased Canteen items and Stored Dc property for Several months with out responding to requests or grievances Submitted by the plaintiff Violated his First Amendment right under the United States Constitution to petition the government for redress of grievance. and FDOC policy Ch 33.103.005  Ch 33.103.006.

The plaintiff realleges and incorporates by reference paragraphs [291-299] That Defendant Lock Wood refrence to the plaintiff still being alive for a Good Cause and undue harrassment Violates the plaintiff right to be free from Cruel and unusual punishment under the Eighth Hmendment of the United States Constitution.

Defendant Lock wood Constant harrassment of the plaintiff for mental health treatment, and treatment plan Violates the plaintiff's Rights under the Fourteenth Amendment of the United States Constitution where he hasn't given his Consent and in Violation of F.O.D.C. policy Ch 33.404.

The plaintiff realleges and incorporates by refrence paragraphs [300-302] Defendant Tyre Violates the plaintiff's Eighth Amendment Right to be free from Cruel and unusual punishment by throwing a balled up piece of paper at him and threaten to retaliate against the plaintiff for refusing to Speak with him also Violated the plaintiff's First Amendment Right under the United States Constitution to freedom of Speech.

The plaintiff realleges and incorporates by refrence paragraphs [303-318] That Defendants L.T. Sanders, Sgt Merritt Conspired to place the plaintiff on unlawful property restriction in retaliation for refusing to place his health and Comfort items at the foot of his bed. Violated the plaintiff rights under the Eighth Amendment of The United States Constitution. and FDOC policy Ch 33.208.002 (6) (12)

The Defendants L.T. Sanders and Sgt merritt Conspired in retaliation for the plaintiff requesting protection and Complaining Concerning Sgt Tyre being rehoused to his Current housing Violated the plaintiff right under The First Amendment of The United States Constitution to petition the government for redress and F.Doc Policy Ch 33.103.005 Ch 33.103.006   Ch 33.208.002 (1)(8)(12)

Defendant Cooper probing into the plaintiff's belief of being "Right" or "Good" and after the plaintiff's response refused to notarize or mail the plaintiff's legal mail Violated the plaintiff's right to petition the government for a redress, and Establishment Clause under The First Amendment of The United States Constitution.

Plaintiff realleges and incorporates by refrence paragraphs [273-287] That Defendant Randall Joined in the Campaign to deprive the plaintiff from intimate association with his family by decitfully responding to his grievances Concerning Phone privileges and by doing Such Violated the plaintiff's rights under The First Amendment of the United States Constitution.

The plaintiff realleges and incorporates by refrence paragraphs [288-290] Defendant Ms. Rhyen hardt Joined in the Campaign of harrassment by depriving the plaintiff of his property purchased through Keffe Canteen Kuss head phones July 25, 2017 and was never issued request nor grievance responded to Violated the plaintiff First Amendment Right to petition the government and FDoc policy Ch 33.103.005  Ch 33.103.006

Defendant Rhyenhardt Joined in the Campaign of harrassment and Violated the plaintiff's rights when She deprived him of his property with out due process in Violation of The fourteenth Amendment of The United States Constitution and FDoc policy

The plaintiff realleges and incorporates by refrence paragraphs [291-299] Defendant Lockwood has Joined the Campaign of harrassment and Comment to the plaintiff that he's still alive for a "GoodCause" and her Constant harrassment of the plaintiff Violates his First Amendment Right under the United States Constitution and Cruel and unusal punishment under the Eighth Amendment of The United States Constitution and Equal protection Under The fourteenth Amendment of The United States Constitution where plaintiff has not giving his Consent for Mental health Treatment and have Submitted grievances requesting that he be removed from mental health Services and that She be notified that the plaintiff do not want or need her Services. F. DOC policy ch 33.404.210 ch 33.404.103.

The plaintiff had no mattress, soap, toilet paper, toothbrush, nothing but men boxers in temps below 40° degrees. Defendants Sgt Merrit, Sgt John Doe, L.T. Sanders deprived the plaintiff of basic human needs in violation of the plaintiff Eighth Amendment right under the United States Constitution.

Defendants Sgt Merritt and Sgt J. Starling conspired into depriving the plaintiff of a life necessity, "food" during the serving of the evening meal. The plaintiff over the course of 7 days was given (18) freezer frozen [brick hard] management meals out of 21 meals to be given to him as punishment and in retaliation violated the plaintiff's rights under the Eighth Amendment of the United States Constitution.

The plaintiff realleges by refrence paragraphs [147-319] That Defendants Julie Jones, B. Reddish. With deliberate indifference have failed to correct the proimblem of threats, terrorist acts and undue harrossment and continue to put the plaintiff a risk, Sgt Fogarty Sgt, Merritt, Sgt Tyre, after several altercations with each of these officers and threats made towards the plaintiff these officers are purpose fully re-housed to the plaintiff housing unit after multiple grievances requesting protection from these officers violates the plaintiff's first Amendment to petition the government for redress and humane and safe conditions guaranteed by the Eighth Amendment of the United States Constitution.

The plaintiff further claims that all Defendants joined in a campaign of harrossment and conspired to deciet fully deprive the plaintiff of his rights guaranteed under the United States Constitution Fourteenth Amendment due to being granted fishing rights by the State Florida and done so knowingly, and willfully entered into agreement to violate the plaintiff concerning his inalienable rights given at birth with wanton inflicion and deliberate indifference to his safety or rights governed and ~~guaranteed~~ guaranteed by the Fourteenth Amendment of the United States Constitution and International Laws which also govern "fish rights." The Defendants all acted under the color of state law at all times mentioned in this complaint.

The totality of the ongoing threats, wanton harrassment, physical abuse, fabricated reports, terrorist acts, chemical agents, use of forces, adds up to create an over all effect that is unconstitutional. These Defendants acted in bad faith and unlawfully in agreement to cause the plaintiff's life a living hell which had nothing to do with maintaining order but for personal gain, and benefit. The loss of Constitutional or Inalienable Rights for short periods of Time Constitutes irreporable injury.

## RELIEF SOUGHT

WHEREFORE, plaintiff respectfully seeks that this Court enter judgement:

Granting plaintiff a declaration that the acts and omission described here in violate his rights under the Constitution and Law of The United States, and

A preliminary and permanent injunction ordering defendants to cease their threats, terrorist acts, and physical violence towards the plaintiff, and

Granting plaintiff Compensatory damages in the amount of 50,000 against each Defendant, jointly and severally.

Plaintiff seeks Compensatory damages of 10,000 against Defendants Captain Hall, OFC. John Doe, Sgt Hurth, John Phimer.

Plaintiff seeks Compensatory Damages of 50,000 against Sgt John Doe, and OFC John Doe only.

Plaintiff seeks punitive Damages of 50,000 against each name defendant Sgt Tyre, Sgt Lavoie, L.T. Thompson, L.T. Sanders, Sgt Merritt. Jointly and Severally.

Plaintiff seeks punitive Damages against defendants Captain Hall, Sgt John Doe, OFC John Doe, in the Amount of 50,000.

Plaintiff seeks Nominal Damages against Sgt Grady in the amount of 150.00

Plaintiff Seeks Nominal Damages against Each Name Defendant listed in this Complaint Individually in the amount of 5,000.

Plaintiff Seeks a Jury Trial on all issues triable by Jury.

Plaintiff also Seeks recovery of their Cost in this Suit and

Any Additional relief that this Court deems Just, proper, and equitable

february 21, 2018.

Respectfully Submitted,
Daniel L. Nixe Jr. DC# J44185
secured party with out prejudice [ucc.1.308 [F.s.p]
Florida State prison· p.o. Box 800· Raiford, Fl 32083.

## CERTIFICATION OF SERVICE

I have read the foregoing Civil Complaint and hereby Verify that the matters alleged there in are true and Correct to the best of one's knowledge, and I believe to be true. I Certify under penalty of perjury that the foregoing is true and Correct. executed by my hand on. Feb 21, _____ 2018.

/S/ David L. Wise Jr. DC# To4485
The Real party of Intrest. 8017082-8647